**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMEN DAVTYAN,<br><br>                    Petitioner,<br><br>        v.<br><br>JAMES JANEKA, Warden, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-01117-WLH-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge filed June 3, 2026 (ECF No. 19) and the Status Report filed June 5, 2026 (ECF No. 22),

IT IS ORDERED AND ADJUDGED that the Petition is GRANTED.

DATED:  June 9, 2026

_____
WESLEY L. HSU
UNITED STATES DISTRICT JUDGE